# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| WILLIAM LEE GRANT, II, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 19-227-CG-MU |
| GREGORY K. HARRIS, et al., | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's motion to proceed without prepayment of fees is **DENIED** and the Complaint is hereby **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted.

**DONE and ORDERED** this 28th day of October, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE