## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIAM LEE GRANT, II,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NO. 19-227-CG-MU** |
| | ) | |
| **GREGORY K. HARRIS, <u>et al</u>.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>JUDGMENT</u>

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted.

**DONE and ORDERED** this 28th day of October, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE